Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOKER, on behalf of herself and all others similarly situated<br>　　　　Plaintiff,<br><br>　　vs.<br><br>PINCURLS, LLC, et al,<br>　　　　Defendants. | Case No. 2:14-cv-00051-SJO-PJW<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF SETTLEMENT**<br><br>**Hon. S. James Otero** |

　　　NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

　　　Respectfully submitted this 14th day of May, 2014.

　　　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　　　TODD M. FRIEDMAN
　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 14th day of May, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable S. James Otero
United States District Court
Central District of California

Rodger R. Cole
FENWICK & WEST LLP
Silicon Valley Center
801 California St.
Mountain View CA 94041
Attorney for Defendant

This 14th day of May, 2014.

s/Todd M. Friedman
Todd M. Friedman